AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

### SOUTHERN DISTRICT OF FLORIDA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CITIZENS CONCERNED ABOUT DISABILITY
ACCESS. INC.. a Florida not-for-profit corporation.

## 00-6231

MAGISTRATE JUDGE
TURNOFF

HERMANN BODMER d/b/a LAWRENCE BUILDING:
A. MIRIZIO ORTHOPEDIC AND ORTHOTICS. INC.:
and ISLE OF BEAUTY

> TO:    THOMAS NANI. 2061 Maplewood Drive Coral Springs. Florida 33071
> as Registered Agent for the Defendant, A. MIRIZIO ORTHOPEDIC AND ORTHOTICS. INC.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

> Lance J. Wogalter
> Lance J. Wogalter, P.A.
> 3712 W. Hillsboro Blvd.
> Deerfield Beach, FL 33442

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

FEB 1 6 2000

__Clarence Maddox__
CLERK

_____
DATE

_____
(BY) DEPUTY CLERK

