AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## SOUTHERN DISTRICT OF FLORIDA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CITIZENS CONCERNED ABOUT DISABILITY
ACCESS, INC., a Florida not-for-profit corporation.

## 00 - 6231

HERMANN BODMER d/b/a LAWRENCE BUILDING;
A. MIRIZIO ORTHOPEDIC AND ORTHOTICS, INC.;
and ISLE OF BEAUTY

   TO:   HERMAN BODMER, 220 S.W. 27th Street, Ft. Lauderdale, Florida 33315-3128

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

   LANCE J. WOGALTER, ESQ.
   LANCE J. WOGALTER, P.A.
   3712 W. Hillsboro Blvd.
   Deerfield Beach, Florida 33442

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Clarence Maddox_     FEB 1 6 2000
CLERK                 DATE

(BY) DEPUTY CLERK

