FILED BY_____D.C.

2000 MAR 16  PM 2:57

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

CITIZENS CONCERNED ABOUT          )
DISABILITY ACCESS, INC., a Florida )    Case No. 00-6231-CIV-GRAHAM/TURNOFF
not-for-profit corporation,         )
                                    )
            Plaintiff,              )
                                    )
    v.                              )    **CONSENT MOTION FOR**
                                    )    **EXTENSION OF TIME FOR**
HERMANN BODMER d/b/a                )    **DEFENDANTS TO RESPOND TO**
LAWRENCE BUILDING; A. MIRIZIO       )    **THE COMPLAINT**
ORTHOPEDIC AND ORTHOTICS,           )
INC.; and ISLE OF BEAUTY,           )
                                    )
            Defendants.             )
                                    )
_____ )

NOW INTO COURT, comes the plaintiff, through undersigned counsel, and moves for an

extension of time for the defendants to respond to the Complaint, so that defendants may have an

additional 30 days in which to file their responses to the Complaint. As grounds for this motion,

undersigned counsel states that he has communicated with a representative of one the defendants

and they have requested an extension. Plaintiff has no objection.

    Respectfully submitted,

                                    _____
                                    Lance J. Wogalter, Esq.
                                    Lance J. Wogalter, P.A.
                                    Florida Bar No. 932183
                                    3712 W. Hillsboro Blvd.
                                    Deerfield Beach, FL 33442
                                    Tel.    954-592-2184
                                    Fax     954-725-1303
                                    Counsel for Plaintiff