UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CITIZENS CONCERNED ABOUT DISABILITY ACCESS, INC., a Florida not-for-profit corporation, <br><br> Plaintiff, <br><br> v. <br><br> HERMANN BODMER d/b/a LAWRENCE BUILDING; A. MIRIZIO ORTHOPEDIC AND ORTHOTICS, INC.; and ISLE OF BEAUTY, <br><br> Defendants. | Case No. 00-6231-CIV-GRAHAM/TURNOFF <br><br> FILED by _____ D.C. <br> MAR 22 2000 <br> CLARENCE MADDOX <br> CLERK U.S. DIST. CT. <br> S.D. OF FLA. - MIAMI |

## ORDER

The Court, having considered the *Consent Motion for Extension of Time for Defendants to Respond to the Complaint*, and finding good cause therefor, ORDERS that defendants shall have an additional 30 days in which to file responses to the Complaint. *No additional extensions shall be sought*

_____
United States District Judge

Dated:

copies to:

Lance J. Wogalter, Esq., Lance J. Wogalter, P.A., 3712 W. Hillsboro Blvd., Deerfield Beach, FL 33442

