UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No.: 00-6231-CIV-GRAHAM

CITIZENS CONCERNED ABOUT
DISABILITY ACCESS, INC.,

     Plaintiff,

vs.

HERMANN BODMER, et al.,

     Defendant.

_____/



FILED by _____ D.C.

MAY 15 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**ORDER ON DEFAULT PROCEDURE**

    **THIS CAUSE** came before the Court upon a *sua sponte* review of the record.

    **THE COURT** has considered the pertinent portions of the record.  On March 20, 2000, the Court entered an Order granting Defendants an additional 30 days within which to respond to the Complaint.  As of the date of this Order, Defendants have not responded to the Complaint.  It is therefore

    **ORDERED** that Plaintiff SHALL submit a motion for entry of default on or before May 22, 2000.  On or before May 24, 2000, Plaintiff SHALL proceed with a motion for final default judgment, accompanied by a proposed final default judgment attached to the motion as Exhibit A, and duly supported by affidavits and other documentation.  Unless Defendants file motions to vacate entry of default and responses to the Complaint on or before May 24, 2000, a final default judgment may be entered.  Unless Plaintiff files





a motion for default on or before May 24, 2000, the instant

action may be DISMISSED.   In addition, it is

     **ORDERED** that Plaintiff shall serve Defendants with a copy of

this Order.

     **DONE AND ORDERED** in Chambers at Miami, Florida, this _18th_

day of May, 2000.

 

 

 

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  Lance J. Wogalter, Esquire