UNITED STATES DISTRICT COURT

Southern District of Florida
(Ft. Lauderdale Div.)



| | |
|---|---|
| CITIZENS CONCERNED ABOUT DISABILITY ACCESS, INC., a Florida non-profit corporation, | CASE NO.: CIV GRAHAM 00-6231 |

v.

HERMANN BODMER d/b/a LAWRENCE BUILDING, et al

_____/

### DEFENDANT, HERMANN BODMER'S, MOTION FOR CLARIFICATION/RECONSIDERATION OF COURT'S ORDER ON DEFAULT PROCEDURE

COMES NOW, Defendant, HERMANN BODMER, by and through the undersigned counsel and files this Motion for Clarification and/or Reconsideration of Court's Order on Default Procedure, and states as follows:

1. Plaintiff filed the above-mentioned lawsuit on February 16, 2000.

2. On May 15, 2000, this Honorable Court issued an Order on default procedure. This Order states that as of May 15, 2000, Defendants have not responded to the Complaint and that Plaintiff shall submit a motion for entry of default on or before May 22, 2000, and then submit a motion for final default judgment on or before May 24, 2000.

3. As of May 22, 2000, Defendant, HERMANN BODMER, has not been served with Plaintiff's Complaint as he does not reside in the

1

United States.

4. Defendant BODMER maintains that a default not be entered against him as he has not been served with process as outlined in Fed.R.Civ.Proc. 4(f) - Service Upon Individuals in a Foreign Country.

WHEREFORE, Defendant HERMANN BODMER, respectfully requests this Court to either:

    a. Clarify its Order so that it pertains only to Defendants who have been served with legal process as per the Fed.R.Civ.Proc.; or

    b. To vacate its Order as to Defendant, HERMANN BODMER.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Lance J. Wogalter, Lance J. Wogalter, P.A., 3712 W. Hillsboro Blvd., Deerfield Beach, FL 33442, by U.S. Mail this 23 day of May, 2000.

                        TUCKER & TIGHE, P.A.
                        Attorneys for Appellee
                        Suite 710 - Cumberland Bldg.
                        800 East Broward Boulevard
                        Fort Lauderdale, FL 33301
                        Telephone: (954) 467-7744

                        By: _____
                            LEONARD WILDER, ESQ.
                            FL BAR NO. 096067

D:\OFFICE\WPWIN\WPDOCS\BODMER\ADA.MOT