

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 00-6231-CIV-GRAHAM/TURNOFF

CITIZENS CONCERNED ABOUT
DISABILITY ACCESS, INC.,

    Plaintiff,

vs.

HERMANN BODMER, et al.,

    Defendants.
_____/



## ORDER

**THIS CAUSE** came before the Court *sua sponte*.

This case was filed on February 16, 2000. On March 20, 2000, at the joint request of the parties, this Court granted Defendants a 30-day extension of time to respond to the Complaint.

On May 15, 2000, after receiving no response to the Complaint from any Defendant, this Court entered an Order directing Plaintiff to file a motion for entry of Default on or before May 22, 2000, and a motion for entry of default judgment on or before May 24, 2000. In its May 15, 2000 Order, the Court explained that "[u]nless Plaintiff files a motion for default on or before May 24, 2000, the instant action may be DISMISSED." As of the date of this Order, Plaintiff has not filed a motion for default or any other request with this Court. Accordingly, it is

**ORDERED AND ADJUDGED** that this case is hereby DISMISSED WITHOUT PREJUDICE. It is further




**ORDERED AND ADJUDGED** that this case is CLOSED for administrative purposes in the Southern District of Florida and that any pending motions are DENIED AS MOOT.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of June 2000.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Lance Wogalter, Esquire
    Leonard Wilder, Esquire